IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CV-48-BO

| | |
|---|---|
| KENNETH S. GRABARCZYK, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA STEIN, Attorney General of the State of North Carolina, in his official capacity; BOB SCHURMEIER, Director of the North Carolina State Bureau of Investigation, in his official capacity; and SEAN BOONE, District Attorney of Alamance County, North Carolina, in his official capacity,<br><br>Defendants. | **ORDER** |

This case comes before the court on the motion (D.E. 42) by defendants Joshua Stein and Bob Schurmeier ("moving defendants") to extend the time for them to respond to the first set of interrogatories and requests for production of documents served by plaintiff Kenneth Grabarczyk ("plaintiff") by 20 days. Plaintiff opposes the motion and argues that rather than allowing the extension of time to respond, the moving defendants should respond to the discovery immediately but be permitted to supplement if necessary. *See* D.E. 43. Having considered the parties' positions and for good cause shown, the motion is ALLOWED. The moving defendants shall have until 20 November 2019 to serve their responses to plaintiff's first set of interrogatories and requests for production of documents.

SO ORDERED, this 5th day of November 2019.

_____
James E. Gates
United States Magistrate Judge