UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH S. GRABARCZYK, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| JOSHUA STEIN, Attorney General of the State of North Carolina, in his official capacity; BOB SCHURMEIER, Director of the North Carolina State Bureau of Investigation, in his official capacity;vSEAN BOONE, District Attorney of Alamance County, North Carolina, in his official capacity; | ) ) ) ) ) ) ) ) ) | 5:19-CV-48-BO |
| Defendants. | ) ) | |

**Decision by Court.**
This cause comes before the Court on plaintiffs motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff's motion for summary judgment [DE 49] is GRANTED. Defendants' motions for extension of time [DE 52] and to seal [DE 57] are also GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants, their successors, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice hereof

> (1) SHALL REMOVE plaintiffs and the class members' names and other information from the North Carolina Sex Offender Registry, and are further

> (2) ENJOINED from prosecuting plaintiff or the class members for any offenses applicable only to registered sex offenders based upon their registration on the North Carolina Sex Offender Registry solely because of a prior determination that their out-of-state offense committed before December 1, 2006, is substantially similar to a North Carolina offense requiring sex offender registration.

Plaintiff shall recover of defendants his costs of action, if any, including reasonable attorney fees, under 42 U.S.C. § 1988.

This case is closed.

**This judgment filed and entered on May 12, 2020, and served on:**
Paul M. Dubbeling (via CM/ECF Notice of Electronic Filing)
Bryan G. Nichols (via CM/ECF Notice of Electronic Filing)
Tamika L. Henderson (via CM/ECF Notice of Electronic Filing)
Tammera Sudderth Hill (via CM/ECF Notice of Electronic Filing)


                                        PETER A, MOORE, JR., CLERK
May 12, 2020

                                         /s/Lindsay Stouch
                                        By: Deputy Clerk