| | | |
|---|---|---|
| KENNETH S. GRABARCZYK, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| JOSHUA STEIN, Attorney General of the State of North Carolina, in his official capacity; BOB SCHURMEIER, Director of the North Carolina State Bureau of Investigation, in his official capacity; SEAN BOONE, District Attorney of Alamance County, North Carolina, in his official capacity; | ) ) ) ) ) ) ) ) ) | 5:19-CV-48-BO |
| Defendants. | ) ) | |

**Decision by Court.**
This cause comes before the Court following remand of this matter from the court of appeals and on plaintiff's motion to file an amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED,** as plaintiff's claim in the original complaint is MOOT, the Court, in its discretion, DISMISSES this case WITHOUT PREJUDICE. Plaintiff's motion for leave to amend the complaint [DE 78] is DENIED.

This case is closed.

**This judgment filed and entered on October 29, 2020, and served on:**
Paul M. Dubbeling (via CM/ECF Notice of Electronic Filing)
Bryan G. Nichols (via CM/ECF Notice of Electronic Filing)
Tamika L. Henderson (via CM/ECF Notice of Electronic Filing)
Joseph Finarelli (via CM/ECF Notice of Electronic Filing)

October 29, 2020

PETER A, MOORE, JR., CLERK

　/s/Lindsay Stouch　
By: Deputy Clerk